# MEMORANDA

OF THE

CAUSES DECIDED DURING THE PERIOD EMBRACED IN THIS
VOLUME, WHICH ARE NOT REPORTED IN FULL.

GEORGE F. NEUBAUER, Appellant, *v.* THE NEW YORK, LAKE
ERIE AND WESTERN RAILROAD COMPANY, Respondent.

(Argued November 30, 1885 ; decided December 15, 1885.)

THIS was an action to recover damages for injuries to plain-
tiff, a mechanic in defendant's employ, alleged to have been
caused by negligence on its part.

The following is the *mem.* of opinion :

"Here the defendant as master discharged its whole
duty to the plaintiff. It furnished suitable materials, imple-
ments and machinery, and skilled and competent fellow-work-
men, and the plaintiff's injuries were due to the careless-
ness of a co-servant, who at the time was acting as his foreman
and boss. The principles laid down in *Crispen* v. *Babbitt*
(81 N. Y. 516) control the decision of this case, and require
the affirmance of this judgment."

*I. W. Lyon* for appellant.

*Lewis E. Carr* for respondent.

*Per Curiam mem.* for affirmance.
All concur.
Judgment affirmed.